IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DESSIE LONAS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-780-jdp

v.

JUDGE GRIESBACH, JUDGE BISHEL,
JUDGE ZUDMULDER, A.D.A. DANA
JOHNSON, OFFICER MARY SHARTNER,
BROWN COUNTY POLICE
DEPARTMENT, DEPARTMENT OF
CORRECTIONS, ATTORNEY SINGH,
and ATTY. KACHINSKY,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

    /s/                                             1/20/2017

Peter Oppeneer, Clerk of Court                     Date